UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:12-cv-00582-TAV-HBG |
| HOME FEDERAL BANK, CREATIVE CONCEPTS AND DEVELOPMENT, LLC, and BANCINSURE, INC. , | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF ADDRESS CHANGE**

Comes William R. Meyer and the law firm of Howard, Tate, Sowell, Wilson, Leathers & Johnson, PLLC, and gives notice of their new address: 201 Fourth Avenue North, Suite 1900, Nashville, Tennessee 37219.

Respectfully submitted,

HOWARD, TATE, SOWELL, WILSON,
LEATHERS & JOHNSON, PLLC

/s/ William R. Meyer
William R. Meyer, No. 18130
Howard, Tate, Sowell, Wilson, Leathers &
    Johnson, PLLC
201 Fourth Avenue North, Suite 1900
Nashville, TN 37210
(615) 256-1125
(615) 244-5467 (fax)
wrmeyer@howardtatelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                    /s/ William R. Meyer
                                    William R. Meyer