UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:12-CV-582 |
| ) | Judge Varlan |
| HOME FEDERAL BANK, CREATIVE CONCEPTS AND DEVELOPMENT, LLC, and BANCINSURE, INC., ) ) ) ) | Magistrate Judge Guyton |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The claims giving rise to this matter having been amicably resolved among the parties to this matter who have appeared, to wit: Plaintiff SECURITY NATIONAL INSURANCE COMPANY, Defendant HOME FEDERAL BANK, and Defendant BANCINSURE, INC. (the "Appearing Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the Appearing Parties hereby Stipulate and Agree that this matter be Dismissed with Prejudice.

**Plaintiff: Security National Insurance Co.**

By: /s/ William R. Meyer
William R. Meyer (BPR No. 18130)
Howard Tate Sowell Wilson Leathers & Johnson, PLLC
201 Fourth Avenue North, Suite 1900
Nashville, TN 37219
(615) 244-5467
wrmeyer@howardtatelaw.com

**Home Federal Bank**

By: /s/ M. Edward Owens, Jr.
M. Edward Owens, Jr. (BPR No. 007159)
Lewis, King, Krieg & Waldrop, P.C.
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646
eowens@lewisking.com

1

**BancInsure, Inc.**

By: /s/ Matthew J. DeVries
Matthew J. DeVries (BPR No. 025207)
Stites & Harbison, PLLC
SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
(615) 244-5200
matthew.devries@stites.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ William R. Meyer
William R. Meyer